IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| BERNARD L. BEAUREGARD, DONALD L. and LINDA A. PELTIER: Plaintiffs, <br><br> VS. <br><br> AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., as Trustee of AMERIQUEST MORTGAGE SECURITIES, INC., Asset Backed Pass Through Certificates Series 2004-R1, Under the Pooling and Servicing Agreement Without Recourse, AMC MORTGAGE SERVICES, INC., GENERAL MOTORS ACCEPTANCE CORPORATION (GMAC), and DOES 1-5 <br><br> Defendants | C.A. 08-1859 <br><br> (Originally C.A. 08-023 (RI)) <br><br> Transferred to Judge Aspen for Pretrial Proceedings under MDL # 1715, Lead Case C.A. 05-07097 |

### NOTICE OF FILING

TO:   SEE ATTACHED SERVICE LIST

      PLEASE TAKE NOTICE that, on Thursday, August 7, 2008 at 10:30 am we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**, a copy of which is hereby served upon you.

      /s/ Christopher M. Lefebvre
      Christopher M. Lefebvre
      Claude Lefebvre, Christopher Lefebvre P.C.
      P.O. Box 479

Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
Chris@lefebvrelaw.com

## CERTIFICATE OF SERVICE

I, Christopher M. Lefebvre, hereby certify that on Tuesday July 29, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent by e-mail or via U.S. Mail to those parties not registered with the court's electronic filing system.

**Bernard E. LeSage**
blesage@buchalter.com

**Deutsche Bank National Trust Co., N.A.**
1761 E. St. Andrew Place
Santa Ana, CA 92705

**General Motors Acceptance Corporation (GMAC)**
c/o CT Corporation System
10 Weybosset Street
Providence, RI 02903

/s/ Christopher M. Lefebvre

2