# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1859 | **DATE** | 7/29/2008 |
| **CASE TITLE** | Beauregard, et al v. Ameriquest, et al | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for leave to file amended complaint, instanter (Doc. No. 2) is granted. The motion hearing set for 8/7/08 is stricken.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | GL |