AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

BERNARD L. BEAUREGARD, et al,

CASE NUMBER: 08-cv-1859, under MDL #1715

V.

ASSIGNED JUDGE: Judge Marvin E. Aspen

AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST CO. as Trustee of AMERIQUEST MORTGAGE SECURITIES, INC., AMC MORTGAGE SERVICES, INC., GENERAL MOTORS ACCEPTANCE CORPORATION (GMAC), and DOES 1-5

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Deutsche Bank National Trust Co.
1761 E. St. Andrew Place, Santa Ana, CA 92705
General Motors Acceptance Corporation (GMAC)
c/o CT Corporation System, 10 Weybosset Street, Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Lefebvre
P.O. Box 479
Pawtucket, RI 02862

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

August 7, 2008
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | Aug 8, 08 |
| NAME OF SERVER (PRINT) George Tager | TITLE Constable 6043 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Agent for service Joanne _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-8-08
              Date           Signature of Server

                             Prentice Ave Pawt RI
                             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.